# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Martin James Sharpe, #200480, a/k/a James Martin Sharpe, a/k/a James Sharpe,<br><br>        Plaintiff,<br><br>-vs-<br><br>LT F. Richardson; LT Butrbaugh; Deputy Warden Willie Davis,<br><br>        Defendants. | C/A No.: 4:14-cv-1841 DCN TER<br><br><br><br><br><br>**ORDER** |

This matter is before the court upon plaintiff's motion to dismiss the complaint. The motion was filed on July 29, 2014.

**IT IS THEREFORE ORDERED,** that plaintiff's motion to dismiss the complaint is **GRANTED**.

**AND IT IS SO ORDERED.**

_____
David C. Norton
United States District Judge

August 6, 2014
Charleston, South Carolina