AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Martin James Sharpe, aka James Martin Sharpe, aka James Sharpe <br> *Plaintiff* <br> v. <br> LT F Richardson, LT Butrbaugh, Deputy Warden Willie Davis <br> *Defendant* | ) <br> ) <br> ) Civil Action No.   4:14-cv-1841-DCN <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: This case is dismissed.


This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge.


Date:   August 7, 2014                                   *CLERK OF COURT*


                                                         s/Debbie Stokes
                                                         *Signature of Clerk or Deputy Clerk*